**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF FLORIDA**
**GAINESVILLE DIVISION**

MARIA PARSONS and MICHAEL PARSONS, et al.,
on behalf of herself and all others similarly situated,

    Plaintiffs,

v.                                        Case No.: 1:10-cv-00071-MP-AK

KOPPERS INC., f/k/a KOPPERS INDUSTRIES INC.,
CABOT CORPORATION and BEAZER EAST, INC.

    Defendants.
_____/

## DEFENDANT CABOT CORPORATION'S UNOPPOSED MOTION FOR EXTENSION OF TIME

**COMES NOW** Defendant CABOT CORPORATION by its undersigned attorneys and hereby moves the Court for entry of an order extending the deadline for which CABOT CORPORATION is to respond to Plaintiffs' Complaint by an additional fifteen (15) days. Plaintiffs' counsel has no objections to the extension.

**WHEREFORE,** CABOT CORPORATION respectfully requests that the Court enter an order granting its extension to respond to Plaintiffs' Complaint by an additional fifteen (15) days.

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was filed with the Clerk of the Court using the CM/ECF system, which will send a notice of electronic filing to all CM/ECF participants: **Jordan L. Chaikin, Esquire**, Parker Waichman Alonso, LLP, 3301 Bonita

Beach Road, Suite 101, Bonita Springs, FL 34134, this 31st day of August, 2010.

**DELL GRAHAM, P.A.**

/s/ John D. Jopling
John D. Jopling
Florida Bar No. 348104
Counsel for Defendant
203 N.E. 1st St.
Gainesville, FL  32601
Phone: (352) 372-4381
Fax: (352) 376-7415
Email: jjopling@dellgraham.com