IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

JAMES ARTHUR JONES, MARY ANN JONES, OZIAH CARSON JONES, SHANTELL SHAMEA JONES, KEVIN KENNEDY, MURIELLE KELLY KENNEDY, SANDRA WATTS KENNEDY, FARINDA OSTEEN, MARIA PARSONS, MICHAEL PARSONS, AARON JONES STEPHENSON, CARLOS UDAE STEPHENSON,

    Plaintiffs,

v.                                        CASE NO. 1:10-cv-00071-MP-AK

KOPPERS INC. et. al.

    Defendants.

_____/

# **O R D E R**

This matter is before the Court on Doc. 9, Motion for Extension of Time to File Response/reply as to the Complaint, Unopposed, by Beazer East Inc, Koppers Inc. Yesterday, this Court granted defendant Cabot Corporation an extension of time to file a pleading responsive to the Complaint, until September 22, 2010. Now come the other two defendants, Koppers Inc. and Beazer East, Inc., to request the same extension, to which Plaintiffs do not object. Accordingly, it is

    **ORDERED AND ADJUDGED:**

    1.    Motion for Extension of Time, Doc. 9, is GRANTED.

    2.    Defendants Koppers, Inc. and Beazer East, Inc. shall file their responses to the Complaint no later than close of business, September 22, 2010.

    **DONE AND ORDERED** this   *7th* day of September, 2010



                    *s/Maurice M. Paul*
                    Maurice M. Paul, Senior District Judge