# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
## GAINESVILLE DIVISION

---

MARIA PARSONS and MICHAEL PARSONS,
MARY ANN JONES and JAMES ARTHUR JONES, SR.,
SHANTELL SHAMEA JONES, Individually,
and as the Parent and Natural Guardian of
CARLOS UDAE STEPHENSON, AARON JONES STEPHENSON,
and OZIAH CARSON JONES, Minor Children,
SANDRA WATTS KENNEDY and KEVIN KENNEDY,
Individually, and as the Parents and Natural Guardians
of MURIELLE KEELY KENNEDY, a Minor Child; and
FARINDA OSTEEN, all individually and
on Behalf of a Class of Persons who are Similarly Situated,

                              *Plaintiffs*,

v.                                           CASE NO.: 1:10-cv-00071-MP-AK

KOPPERS INC. f/k/a
KOPPERS INDUSTRIES, INC.,
CABOT CORPORATION,
and BEAZER EAST, INC.,

                              *Defendants*.

---

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE
## OF DEFENDANT CABOT CORPORATION

---

Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i), Plaintiffs, MARIA PARSONS and MICHAEL PARSONS, MARY ANN JONES and JAMES ARTHUR JONES, SR., SHANTELL SHAMEA JONES, individually and as the Parent and Natural Guardian of CARLOS UDAE STEPHENSON, AARON JONES STEPHENSON, and OZIAH CARSON JONES, Minor Children, SANDRA WATTS KENNEDY and KEVIN KENNEDY, individually, and as the Parents and Natural Guardians of MURIELLE KEELY KENNEDY, a Minor Child, and FARINDA OSTEEN, all by

and through undersigned counsel, hereby dismiss without prejudice all of their claims against Defendant, CABOT CORPORATION, in Plaintiffs' Class Action Complaint, reserving their rights and claims against all other Defendants therein. Each party is to bear its own attorney's fees and costs. Plaintiffs shall continue to pursue their claims against the remaining Defendants not specifically dismissed herein.

Respectfully submitted,

By:  ____/s/ Jordan L. Chaikin_____
    Jordan L. Chaikin
    Florida Bar Number 0878421
    **PARKER WAICHMAN ALONSO LLP**
    3301 Bonita Beach Road, Suite 101
    Bonita Springs, Florida 34134
    Telephone: (239) 390-1000
    Facsimile: (239) 390-0055
    Email: jchaikin@yourlawyer.com

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been electronically filed with the Clerk of Court this 22nd day of September 2010, by using the CM/ECF system which will send notice of electronic filing to all parties of record.

By:  ____/s/ Jordan L. Chaikin_____
    Jordan L. Chaikin
    Florida Bar Number 0878421
    **PARKER WAICHMAN ALONSO LLP**
    3301 Bonita Beach Road, Suite 101
    Bonita Springs, Florida 34134
    Telephone: (239) 390-1000
    Facsimile: (239) 390-0055
    Email: jchaikin@yourlawyer.com