# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# GAINESVILLE, DIVISION

---

MARIA PARSONS and MICHAEL PARSONS,
MARY ANN JONES and JAMES ARTHUR
JONES, SR., SHANTELL SHAMEA JONES,
Individually, and as the Parent and Natural
Guardian of CARLOS UDAE STEPHENSON,
AARON JONES STEPHENSON, and OZIAH
CARSON JONES, Minor Children, SANDRA
WATTS KENNEDY and KEVIN KENNEDY,
Individually, and as the Parents and Natural
Guardians of MURIELLE KEELY KENNEDY, a
Minor Child, and FARINDA OSTEEN,
Individually and on Behalf of a Class of Persons
who are Similarly Situated,

      Plaintiffs,

v.                                      CASE NO. 1:10-cv-00071-MP-GRJ

KOPPERS INC., f/k/a KOPPERS INDUSTRIES,
INC., CABOT CORPORATION, and BEAZER
EAST, INC.

      Defendants.

---

## KOPPERS INC.'S CORPORATE DISCLOSURE STATEMENT

---

Pursuant to Fed. R. Civ. P. 7.1, Koppers Inc. ("Koppers") submits this Corporate

Disclosure Statement and states as follows:

1.      Koppers is a wholly-owned subsidiary of Koppers Holdings, Inc., a

publicly traded corporation.

Date:   September 22, 2010

Respectfully submitted,

s/ Dennis P. Waggoner

**OF COUNSEL:**

Benjamin H. Hill, III (FBN 094585)

Robert L. Shuftan (ILBN 3124475)

bhill@hwhlaw.com

*Northern District Bar application to be submitted*

Dennis P. Waggoner (FBN 509426)

dwaggoner@hwhlaw.com

shuftan@wildman.com

HILL, WARD & HENDERSON P.A.

David A. Kanter (ILBN 6187653)

101 East Kennedy Blvd., Suite 3700

*Northern District Bar application to be submitted*

P.O. Box 2231

Tampa, FL 33602

kanter@wildman.com

Phone: (813) 221-3900

Brent R. Austin (ILBN 6220501)

Fax: (813) 221-2900

*Northern District Bar application to be submitted*

austin@wildman.com

Paul K. Freeborn (ILBN 6277489)

*Northern District Bar application to be submitted*

freeborn@wildman.com

Megan C. Millirons (ILBN 6290249)

*Northern District Bar application to be submitted*

millirons@wildman.com

Wildman, Harrold, Allen & Dixon LLP

225 W. Wacker Drive, Suite 2800

Chicago, IL 60606

Phone: 312-201-2000

Fax: 312-201-2555

ATTORNEYS FOR DEFENDANTS KOPPERS INC. and BEAZER EAST, INC.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on September 22, 2010 I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record in this action.

s/ Dennis P. Waggoner