*Page 1 of 1*

IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

JAMES ARTHUR JONES, MARY ANN JONES, OZIAH CARSON JONES, SHANTELL SHAMEA JONES, KEVIN KENNEDY, MURIELLE KELLY KENNEDY, SANDRA WATTS KENNEDY, FARINDA OSTEEN, MARIA PARSONS, MICHAEL PARSONS, AARON JONES STEPHENSON, CARLOS UDAE STEPHENSON,

    Plaintiffs,

v.					CASE NO. 1:10-cv-00071-MP -GRJ

BEAZER EAST INC, CABOT CORPORATION, KOPPERS INC,

    Defendants.

_____/

# O R D E R

This matter is before the Court on Doc. 14, Notice of Voluntary Dismissal by Plaintiffs. Plaintiffs voluntarily dismiss defendant Cabot Corporation from this lawsuit. Because no answer or motion for summary judgment has been filed in this case, Plaintiffs may do so as a matter of right under Federal Rule of Civil Procedure 41(a)(1)(A)(I). Accordingly, it is

**ORDERED AND ADJUDGED:**

1. Notice of Voluntary Dismissal, Doc. 14, is ACCEPTED.

2. This case is DISMISSED WITHOUT PREJUDICE as to defendant Cabot Corporation, each of Plaintiffs and Cabot Corporation to bear their own costs and fees.

3. The Clerk is directed to TERMINATE Cabot Corporation as a defendant, adjusting the case style accordingly.

4. The only remaining defendants in this case are Beazer East Inc. and Koppers, Inc.

**DONE AND ORDERED** this __27th__ day of September, 2010

                            *s/Maurice M. Paul*
                          Maurice M. Paul, Senior District Judge