UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

---

MARIA PARSONS and MICHAEL PARSONS,
MARY ANN JONES and JAMES ARTHUR JONES, SR.,
SHANTELL SHAMEA JONES, Individually,
and as the Parent and Natural Guardian of
CARLOS UDAE STEPHENSON, AARON JONES STEPHENSON,
and OZIAH CARSON JONES, Minor Children,
SANDRA WATTS KENNEDY and KEVIN KENNEDY,
Individually, and as the Parents and Natural Guardians
of MURIELLE KEELY KENNEDY, a Minor Child; and
FARINDA OSTEEN, all individually and
on Behalf of a Class of Persons who are Similarly Situated,

*Plaintiffs*,

v.                                             CASE NO.: 1:10-cv-00071-MP-GRJ

KOPPERS INC. f/k/a
KOPPERS INDUSTRIES, INC.,
BEAZER EAST, INC., f/k/a KOPPERS
COMPANY, INC., KOPPERS HOLDINGS
INC., and BEAZER LIMITED

*Defendants*.

---

NOTICE OF APPEARANCE

---

ERVIN A. GONZALEZ and PATRICK S. MONTOYA, from the law firm of COLSON HICKS EIDSON hereby file this Notice of Appearance as Counsel on behalf of the Plaintiffs, MARIA PARSONS and MICHAEL PARSONS, MARY ANN JONES and JAMES ARTHUR JONES, SR., SHANTELL SHAMEA JONES, individually and as the Parent and Natural Guardian of CARLOS UDAE STEPHENSON, AARON JONES STEPHENSON, and OZIAH

CARSON JONES, Minor Children, SANDRA WATTS KENNEDY and KEVIN KENNEDY, individually, and as the Parents and Natural Guardians of MURIELLE KEELY KENNEDY, a Minor Child, and FARINDA OSTEEN, and hereby request that all pleadings, notices, memoranda and any other writings or communications be copied to the undersigned counsel.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been electronically filed with the Clerk of Court this 6th day of October 2010, by using the CM/ECF system which will send notice of electronic filing to all parties of record.

By: /s/ Ervin A. Gonzalez
Ervin A. Gonzalez
Florida Bar Number 500720
Patrick S. Montoya
Florida Bar Number 0524441
**COLSON HICKS EIDSON**
255 Alhambra Circle, Penthouse
Coral Gables, Florida 33134
Telephone: (305) 476-7400
Facsimile: (305) 476-7444
Email: Ervin@colson.com
Email: Patrick@colson.com

Jordan L. Chaikin
Florida Bar Number 0878421
**PARKER WAICHMAN ALONSO LLP**
3301 Bonita Beach Road, Suite 101
Bonita Springs, Florida 34134
Telephone: (239) 390-1000
Facsimile: (239) 390-0055
Email: jchaikin@yourlawyer.com

**ATTORNEYS FOR PLAINTIFFS**