IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

JAMES ARTHUR JONES, MARY ANN JONES, OZIAH CARSON JONES, SHANTELL SHAMEA JONES, KEVIN KENNEDY, MURIELLE KELLY KENNEDY, SANDRA WATTS KENNEDY, FARINDA OSTEEN, MARIA PARSONS, MICHAEL PARSONS, AARON JONES STEPHENSON, CARLOS UDAE STEPHENSON,

    Plaintiffs,

v.        CASE NO. 1:10-cv-00071-MP -GRJ

BEAZER EAST INC, CABOT CORPORATION, KOPPERS INC,

    Defendants.

_____/

**O R D E R**

This matter is before the Court on Doc. 34, Motion for Extension of Time to File Response/Reply as to the Amended Complaint, and Doc. 35, Motion for Extension of Time to respond to Plaintiff's request for more time to file a Motion for Class Certification. On September 22, 2010, Defendants filed a Motion to Dismiss, doc. 17. On October 5, 2010, Plaintiffs filed the First Amended Complaint, Doc. 22, and a motion for an extension of time to move to certify a class, Doc. 23. The filing of the First Amended Complaint mooted the Motion to Dismiss.

With respect to Doc. 34, motion for an extension of time to respond to the Amended Complaint, Defendants note that the Amended Complaint adds several defendants, alleges new facts, and sets forth several new grounds for relief. Plaintiffs do not oppose Defendants' motion for an extension of time. This Court finds there is good cause to allow Defendants more time to respond to the Amended Complaint.

With respect to Doc. 35, motion for an extension of time to respond to Plaintiffs' request

for an extension of time to file for class certification, similar good cause exists.  Plaintiffs do not oppose Defendants' requested extension of time.  Defendants' deadline to submit a response to the Amended Complaint will be extended.  Defendants' deadline to submit a response to Plaintiffs' request for an extension of time with regards to filing for class certification will be similarly extended.

Accordingly, it is

**ORDERED AND ADJUDGED:**

1. The Clerk is directed to TERMINATE Doc. 17, Motion to Dismiss, as moot.

2. Motion for an Extension of Time to respond to the Amended Complaint, Doc. 34, is GRANTED.

3. Defendants shall respond to the Amended Complaint by close of business November 19, 2010.

4. Motion for an Extension of Time to respond to Plaintiffs' request for an extension with regards to class certification, Doc. 35, is GRANTED.

5. Defendants shall respond to the Motion for Extension of Time to File Motion for Class Certification by close of business November 19, 2010.

**DONE AND ORDERED** this   *20th* day of October, 2010

*s/Maurice M. Paul*
Maurice M. Paul, Senior District Judge