UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

---

MARIA PARSONS and MICHAEL PARSONS,
MARY ANN JONES and JAMES ARTHUR JONES, SR.,
SHANTELL SHAMEA JONES, Individually,
and as the Parent and Natural Guardian of
CARLOS UDAE STEPHENSON, AARON JONES STEPHENSON,
and OZIAH CARSON JONES, Minor Children,
SANDRA WATTS KENNEDY and KEVIN KENNEDY,
Individually, and as the Parents and Natural Guardians
of MURIELLE KEELY KENNEDY, a Minor Child; and
FARINDA OSTEEN, all individually and
on Behalf of a Class of Persons who are Similarly Situated,

*Plaintiffs*,

v.                                                                   CASE NO.: 1:10-cv-00071-MP-GRJ

KOPPERS INC. f/k/a
KOPPERS INDUSTRIES, INC.,
BEAZER EAST, INC., f/k/a KOPPERS
COMPANY, INC.,

*Defendants*.

---

**PLAINTIFFS' SUMMARY OF ATTORNEY TIME RECORDS
FOR DECEMBER 2009 THROUGH AUGUST 2010**

---

Pursuant to N.D. Fla. Local Rule 54.1 and the Court's Initial Scheduling Order (Doc 18), Plaintiffs file their summary of time records for September 2010 as follows:

TOTAL ATTORNEY HOURS FOR DECEMBER 2009 THROUGH AUGUST 2010: 80.75 HOURS

Pursuant to the Court's Initial Scheduling Order (Doc 18), undersigned counsel will file separately under seal in CM/ECF its complete and accurate record of time for each attorney and each specific activity.

2

<u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that a true and correct copy of the foregoing has been electronically filed with the Clerk of Court this 22nd day of October 2010, by using the CM/ECF system which will send notice of electronic filing to all parties of record.

By:    /s/ Jordan L. Chaikin
Jordan L. Chaikin
Florida Bar Number 0878421
**PARKER WAICHMAN ALONSO LLP**
3301 Bonita Beach Road, Suite 101
Bonita Springs, Florida 34134
Telephone: (239) 390-1000
Facsimile: (239) 390-0055
Email: jchaikin@yourlawyer.com

*Counsel for Plaintiffs*