UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE, DIVISION

MARIA PARSONS and MICHAEL PARSONS, MARY ANN JONES and JAMES ARTHUR JONES, SR., SHANTELL SHAMEA JONES, Individually, and as the Parent and Natural Guardian of CARLOS UDAE STEPHENSON, AARON JONES STEPHENSON, and OZIAH CARSON JONES, Minor Children, SANDRA WATTS KENNEDY and KEVIN KENNEDY, Individually, and as the Parents and Natural Guardians of MURIELLE KEELY KENNEDY, a Minor Child, and FARINDA OSTEEN, Individually and on Behalf of a Class of Persons who are Similarly Situated,

    Plaintiffs,

v.   CASE NO. 1:10-cv-00071-MP-GRJ

KOPPERS INC., f/k/a KOPPERS INDUSTRIES, INC., and BEAZER EAST, INC.

    Defendants.

## NOTICE OF APPEARANCE

Paul K. Freeborn of the law firm of Wildman, Harrold, Allen & Dixon LLP hereby gives notice of his appearance in this matter on behalf of Defendants Koppers Inc., f/k/a Koppers Industries, Inc., and Beazer East, Inc.

The undersigned also certifies that he is admitted to practice in this Court and is registered with CM/ECF.

Date:   November 4, 2010   Respectfully submitted,

                                                  /s/ Paul K. Freeborn
                                                David A. Kanter (ILBN 6187653)
                                                Brent R. Austin (ILBN 6220501)

        Paul K. Freeborn (ILBN 6277489)
        Megan Millirons (ILBN 6290249)
        WILDMAN, HARROLD, ALLEN & DIXON LLP
        225 West Wacker Drive, Suite 2800
        Chicago, Illinois  60606-1229
        Telephone:  312-201-2000
        Facsimile:  312-201-2555
        E-mail:  kanter@wildman.com
        E-mail:  austin@wildman.com
        E-mail:  freeborn@wildman.com
        E-mail:  millirons@wildman.com

        ATTORNEYS FOR DEFENDANTS
        KOPPERS INC. and BEAZER EAST, INC.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on November 4, 2010, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record in this action.

        /s/ Paul K. Freeborn