IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

JAMES ARTHUR JONES, SR, MARY ANN JONES, OZIAH CARSON JONES, SHANTELL SHAMEA JONES, KEVIN KENNEDY, MURIELLE KELLY KENNEDY, SANDRA WATTS KENNEDY, FARINDA OSTEEN, MARIA PARSONS, MICHAEL PARSONS, AARON JONES STEPHENSON, CARLOS UDAE STEPHENSON,

    Plaintiffs,

v.                                        CASE NO. 1:10-cv-00071-MP -GRJ

BEAZER EAST INC, KOPPERS INC, et al

    Defendants.

_____/

**O R D E R**

    This matter is before the Court on Doc. 42, Report of Rule 26(f) Planning Meeting. Defendants have until November 19, 2010 to file their response to the First Amended Complaint and to the Plaintiffs' Motion for Extension of Time to File Motion for Class Certification. Upon consideration, the Court hereby approves of and adopts the report as submitted by the parties. Discovery timelines as described in the Report, Doc. 42, shall not begin to run until Defendant Answers a complaint. As such, there are currently no deadlines to set.

    When an Answer is filed, the Clerk is directed then to set a hearing to determine when the discovery deadlines will fall. The date of the pre-trial conference will be set at the close of discovery, and the date of trial will be set at the pre-trial conference.

    **DONE AND ORDERED** this _9th_ day of November, 2010

*s/Maurice M. Paul*
Maurice M. Paul, Senior District Judge