Start: 10:30 AM
Stop: 10:50 AM

## UNITED STATES DISTRICT COURT
## CIVIL MINUTES

Case No: 1:10-cv-71; PARSONS, et al v. KOPPERS INC          Date: 11/30/10

PROCEEDINGS;     Motion hearing

PRESENT:   Honorable Maurice M. Paul , Judge

| Blair Patton | Christine Bordenave | Patrick Montoya |
|---|---|---|
| Deputy Clerk | Court Reporter | Plaintiff's attorney |

Kanter/Hill/Austin
Defendant's Attorney

Oral Arguments:

[23]   First MOTION for Extension of Time to File Motion for Class Certification

[50]   MOTION to Dismiss Amended Class Action Complaint by BEAZER EAST INC, KOPPERS INC.

- written order to follow

Initials of Deputy Clerk   bkp