UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

MARIA PARSONS and MICHAEL PARSONS,
MARY ANN JONES and JAMES ARTHUR JONES, SR.,
SHANTELL SHAMEA JONES, Individually,
and as the Parent and Natural Guardian of
CARLOS UDAE STEPHENSON, AARON JONES STEPHENSON,
and OZIAH CARSON JONES, Minor Children,
SANDRA WATTS KENNEDY and KEVIN KENNEDY,
Individually, and as the Parents and Natural Guardians
of MURIELLE KEELY KENNEDY, a Minor Child; and
FARINDA OSTEEN, all individually and
on Behalf of a Class of Persons who are Similarly Situated,

*Plaintiffs*,

v.                                              CASE NO.: 1:10-cv-00071-MP-GRJ

KOPPERS INC. f/k/a
KOPPERS INDUSTRIES, INC.,
BEAZER EAST, INC., f/k/a KOPPERS
COMPANY, INC.,

*Defendants*.

**PLAINTIFFS' NOTICE OF WITHDRAWAL OF COUNT VII OF THEIR AMENDED COMPLAINT**

Plaintiffs hereby give notice that they withdraw Count VII of their Amended Complaint against all Defendants. All other Counts in Plaintiffs' Amended Complaint remain.

Respectfully submitted,

By: /s/ Ervin A. Gonzalez
    Ervin A. Gonzalez
    Florida Bar Number 500720
    Patrick S. Montoya
    Florida Bar Number 0524441
    **COLSON HICKS EIDSON**
    255 Alhambra Circle, Penthouse
    Coral Gables, Florida 33134
    Telephone: (305) 476-7400
    Facsimile: (305) 476-7444

*Parsons, et. al. v. Koppers, Inc., et. al.*
*Case No.: 1:10-cv-00071-MP-GRJ*
*Plaintiffs' Notice of Withdrawal of Count VII of their Amended Complaint*

Email: Ervin@colson.com
Email: Patrick@colson.com


Jordan L. Chaikin
Florida Bar Number 0878421
**PARKER WAICHMAN ALONSO LLP**
3301 Bonita Beach Road, Suite 101
Bonita Springs, Florida 34134
Telephone: (239) 390-1000
Facsimile: (239) 390-0055
Email: jchaikin@yourlawyer.com


Matthew McCauley
Peter J. Cambs
**PARKER WAICHMAN ALONSO LLP**
6 Harbor Park Drive
Port Washington, New York 11050-4647
Telephone: (516) 466-6500
Facsimile: (516) 466-6665
Email: mmccauley@yourlawyer.com
Email: pcambs@yourlawyer.com


Stuart Calwell
Thomas Rodd
**THE CALWELL PRACTICE, PLLC**
Law & Arts Center West
500 Randolph Street
Charleston, WV 25302
Tel: (Toll Free): (800) 876-5529
Tel: (Local): (304) 343-4323
Fax: (304) 344-3684
Email: scalwell@calwelllaw.com
Email: trodd@calwelllaw.com

**ATTORNEYS FOR PLAINTIFFS**

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing has been electronically filed with the Clerk of Court this 2st day of December 2010, by using the CM/ECF system which will send notice of electronic filing to all parties of record.