IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

JAMES ARTHUR JONES, SR, MARY ANN JONES, OZIAH CARSON JONES, SHANTELL SHAMEA JONES, KEVIN KENNEDY, MURIELLE KELLY KENNEDY, SANDRA WATTS KENNEDY, FARINDA OSTEEN, MARIA PARSONS, MICHAEL PARSONS, AARON JONES STEPHENSON, CARLOS UDAE STEPHENSON,

    Plaintiffs,

v.                                      CASE NO. 1:10-cv-00071-MP -GRJ

BEAZER EAST INC, CABOT CORPORATION, KOPPERS INC, Koppers Holdings, Inc.,

    Defendants.

_____/

## O R D E R

This matter is before the Court on Doc. 76, Motion for Extension of Time to File Response as to Doc. 22, Amended Complaint. Defendants timely request until January 31, 2011 to respond to the Amended Complaint, to which the Plaintiffs do not object.

Accordingly, it is

**ORDERED AND ADJUDGED:**

1.    Motion for Extension of Time to File Response as to Doc. 22, Amended Complaint, is GRANTED.

**DONE AND ORDERED** this  _22nd_ day of December, 2010

                      *s/Maurice M. Paul*
                    Maurice M. Paul, Senior District Judge