IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

JAMES ARTHUR JONES, SR, MARY ANN JONES, OZIAH CARSON JONES, SHANTELL SHAMEA JONES, KEVIN KENNEDY, MURIELLE KELLY KENNEDY, SANDRA WATTS KENNEDY, FARINDA OSTEEN, MARIA PARSONS, MICHAEL PARSONS, AARON JONES STEPHENSON, CARLOS UDAE STEPHENSON,

    Plaintiffs,

v.   CASE NO. 1:10-cv-00071-MP -GRJ

BEAZER EAST INC, CABOT CORPORATION, KOPPERS HOLDINGS INC, KOPPERS INC,

    Defendants.

_____/

# O R D E R

This matter is before the Court on Doc. 80, Notice of Voluntary Dismissal Without Prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) by Plaintiffs.  Defendants have served neither an answer nor a motion for summary judgment.  A Telephone Hearing was held on January 18, 2011 and Defendants stated they had no good faith objection to dismissal without prejudice.  Accordingly, it is

**ORDERED AND ADJUDGED:**

1.     The request to dismiss in the Notice of Voluntary Dismissal, Doc. 80, is GRANTED.

2.     This case is DISMISSED without prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i).

3. The Clerk is directed to close the file.

**DONE AND ORDERED** this   *18th* day of January, 2011

*s/Maurice M. Paul*

Maurice M. Paul, Senior District Judge
